UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED  FILED

SEP 19 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. |
| v. | ) | |
| | ) | **4:19CR00773 SNLJ/DDN** |
| RICHARD OTTEN, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about August 23, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**RICHARD OTTEN,**

the Defendant herein, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm, and that firearm previously traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
J. CHRISTIAN GOEKE, #39462MO
Assistant United States Attorney